FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG 28 2015
CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MOSES MARVIN KEITH MIKE, )
)
Petitioner, )
)
v. ) CASE NO. CV414-162
) CR413-005
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is hereby **DENIED** and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA